# EXHIBIT B

**EXHIBIT B TO JOINT CASE MANAGEMENT STATEMENT**

| Event | Apple's Proposed Date |
|---|---|
| Initial Disclosures | Wednesday, October 15, 2025 |
| Case Management Conference (Scheduled) | Wednesday, October 22, 2025 |
| Telcom's Disclosure of Asserted Claims and Infringement Contentions, and Document Production (Patent L.R. 3-1, 3-2) | Wednesday, November 5, 2025 |
| Deadline to add parties or amend the pleadings | Wednesday, November 12, 2025 |
| Apple's Invalidity Contentions and Document Production (Patent L.R. 3-3, 3-4) | Monday, December 22, 2025 |
| Parties Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | Monday, January 5, 2026 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | Monday, January 26, 2026 |
| Deadline to file requests for leave to designate additional terms for construction | Monday, February 2, 2026 |
| Telcom serves initial damages contentions (Patent L.R. 3-8) | Tuesday, February 10, 2026 |
| Parties file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | Friday, February 20, 2026 |
| Deadline for Claim Construction Expert Reports (Patent L.R. 4-3) | Friday, February 20, 2026 |
| Apple serves responsive damages contentions (Patent L.R. 3-9) | Thursday, March 12, 2026 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | Monday, March 23, 2026 |
| Telcom serves Opening Claim Construction Brief (Patent L.R. 4-5) | Monday, April 6, 2026 |
| Apple serves Responsive Claim Construction Brief (Patent L.R. 4-5) | Monday, April 20, 2026 |
| Telcom serves Reply Claim Construction Brief (Patent L.R. 4-5) | Monday, April 27, 2026 |

| Event | Apple's Proposed Date |
|---|---|
| Claim Construction Hearing (Patent L.R. 4-6) | Tuesday, May 12, 2026 at 10:00 AM, or at the Court's earliest convenience |
| Last Day to Notice Depositions | Monday, September 21, 2026 |
| Further Case Management Conference | Wednesday, September 23, 2026 at 10:00 AM |
| Fact Discovery Cut-Off and Deadline to File Motions to Compel Fact Discovery | Thursday, October 22, 2026 |
| Plaintiff narrows the number of asserted claims to 10 | Thursday, November 5, 2026 |
| Deadline to complete ADR | Thursday, November 5, 2026 |
| Defendant narrows the asserted prior art references and/or combinations to 10 references and/or combinations | Thursday, December 3, 2026 |
| Opening Expert Reports | Thursday, December 10, 2026 |
| Rebuttal Expert Reports | Thursday, January 28, 2027 |
| Expert Discovery Cut-Off | Thursday, March 25, 2027 |
| Parties submit further claim/prior art narrowing stipulation to the Court | Thursday, April 1, 2027 |
| Plaintiff identifies asserted claims in accordance with further claim/prior art narrowing proposal | Thursday, April 8, 2027 |
| Defendant identifies asserted prior art references and/or combinations in accordance with further claim/prior art narrowing proposal | Thursday, April 22, 2027 |
| Deadline for Dispositive and *Daubert* Motions | Thursday, April 22, 2027 |
| Deadline to File Responses to Dispositive and *Daubert* Motions | Thursday, May 13, 2027 |
| Deadline to File Replies to Dispositive and Daubert Motions | Thursday, May 27, 2027 |

| Event | Apple's Proposed Date |
|---|---|
| Hearing on Dispositive and *Daubert* Motions | Tuesday, June 15, 2027 at 10:00 AM |
| Joint Pretrial Statement Due | Tuesday, August 10, 2027 |
| Final Pretrial Conference | Tuesday, August 17, 2027 at 2:30 PM |
| Trial | Monday, September 13, 2027 |