Katherine G. Rubschlager (SBN 328100)
ALSTON & BIRD LLP
55 2nd Street, Suite 2100
San Francisco, California 94105
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
katherine.rubschlager@alston.com

*Attorneys for Plaintiff Telcom Ventures LLC*

*Additional counsel on signature page*

John M. Desmarais (CA SBN 320875)
Peter C. Magic (CA SBN 278917)
Kyle Curry (CA SBN 341242)
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: 415-573-1900
Fax: 415-573-1901
jdesmarais@desmaraisllp.com
pmagic@desmaraisllp.com
kcurry@desmaraisllp.com

*Attorneys for Defendant Apple Inc.*

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

TELCOM VENTURES LLC,

          Plaintiff,

    v.

APPLE INC.,

          Defendant.

Case No. 3:25-cv-05041-RFL

**JOINT STATUS REPORT REGARDING STAY PENDING INTER PARTES REVIEW (DKT. 115)**

Plaintiff Telcom Ventures, LLC ("Telcom Ventures") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") jointly file this Joint Status Report regarding the Order Granting Stay Pending Inter Partes Review (Dkt. 115).

On January 12, 2026, the Court granted Apple's Motion to Stay Pending Inter Partes Review and ordered the Parties to "notify the Court within 30 days of the completion of all proceedings before the U.S. Patent and Trademark Office." Dkt. 115.

Prior to the Court entering the stay, the parties reported to the Court that Apple had filed IPR petitions challenging each of the four patents asserted in this case, and the Director of the U.S. Patent and Trademark Office discretionarily denied institution of two of the petitions. *See* Dkts. 112, 113. On January 16, 2026, "after review of the merits," the Director of the United States Patent and Trademark Office denied institution of Apple's two remaining IPR petitions without a substantive written decision. Ex. A at 1; *see id*. at 2 (denying IPR2025-01237 and IPR2025-01238). On January 28, Apple requested refunds of post-institution fees in all of its IPR proceedings for the patents at issue in this case. On February 2, 2026, the Patent Trial and Appeal Board granted refunds. Apple does not intend to seek Director Review of the institution denials, and therefore the IPRs before the U.S. Patent and Trademark Office are now complete. Apple intends to file *ex parte* reexamination requests (EPRs) challenging each of the four asserted patents and will update the Court regarding those filings as appropriate.

DATED:  March 5, 2026

Respectfully submitted,

ALSTON & BIRD LLP

DESMARAIS LLP

 /s/ Kirk T. Bradley

 /s/ Kyle Curry

Katherine G. Rubschlager (SBN 328100)
55 2nd Street, Suite 2100
San Francisco, California 94105
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
katherine.rubschlager@alston.com

John M. Desmarais (CA SBN 320875)
Peter C. Magic (CA SBN 278917)
Kyle Curry (CA SBN 341242)
101 California Street
San Francisco, CA 94111
Tel: 415-573-1900
Fax: 415-573-1901
jdesmarais@desmaraisllp.com
pmagic@desmaraisllp.com
kcurry@desmaraisllp.com

Theodore Stevenson, III (admitted *pro hac vice*)
Jacob W. Young (admitted *pro hac vice*)
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
ted.stevenson@alston.com
jacob.young@alston.com

Cosmin Maier (pending *pro hac vice*)
Lindsey E. Miller (pending *pro hac vice*)
Joze F. Welsh (pending *pro hac vice*)
Asim H. Zaidi (pending *pro hac vice*)
Ido Sadeh (pending *pro hac vice*)
230 Park Avenue
New York, NY 10169
T: 212-351-3400
F: 212-351-3401
cmaier@desmaraisllp.com
lmiller@desmaraisllp.com
jwelsh@dermaraisllp.com
azaidi@desmaraisllp.com
isadeh@desmaraisllp.com

Kirk T. Bradley (admitted *pro hac vice*)
Karlee N. Wroblewski (admitted *pro hac vice*)
Mary Riolo (admitted *pro hac vice*)
1120 South Tryon Street, Suite 300
Charlotte, North Carolina 28203
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
kirk.bradley@alston.com
karlee.wroblewski@alston.com
mary.riolo@alston.com

*Attorneys for Defendant Apple Inc.*

*Attorneys for Plaintiff Telcom Ventures LLC*

JOINT STATUS REPORT REGARDING
STAY PENDING INTER PARTES REVIEW

Case No. 3:25-cv-05041-RFL

**<u>ATTESTATION</u>**

I, Kirk T. Bradley, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto in accordance with Civil L.R. 5-1(i)(3).

DATED: March 5, 2026                                    */s/ Kirk T. Bradley*
                                                                 Kirk T. Bradley

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 5, 2026, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court by using the CM/ECF system, which shall send notification of such filing to all counsel of record at their email address on file with the Court.

/s/ *Kirk T. Bradley*
Kirk T. Bradley

JOINT STATUS REPORT REGARDING                    Case No. 3:25-cv-05041-RFL
STAY PENDING INTER PARTES REVIEW